## PANAMERICAN CONSULTING COMPANY, Inc., and Panamerican Consulting International, Ltd., Appellants,

v.

## TECHNICAL ENTERPRISES, INC., and Technique Chimie, Etudes Et Services, S.A.R.L., Appellees.

### No. 71-1079.

United States Court of Appeals, Fourth Circuit.

Argued Aug. 24, 1971.

Decided Sept. 7, 1971.

Parker B. Smith and David F. Albright, Baltimore, Md. (Semmes, Bowen, & Semmes, Baltimore, Md., on the brief), for appellants.

James W. Constable, Baltimore, Md. (Akin M. French, Werner, Kennedy, French, Relyea & Molloy, New York City, and George W. Constable, Constable, Alexander & Daneker, Baltimore, Md., on the brief), for appellees.

Before HAYNSWORTH, Chief Judge, and WINTER and RUSSELL, Circuit Judges.

---

PER CURIAM:

We find no error, and affirm on the oral opinion of the district judge. See also, Carolina Throwing Co. v. S & E Novelty Corp., 442 F.2d 329 (4 Cir. 1971); Batson Yarn and Fabrics Machinery Group, Inc. v. Saurer-Allma GmbH-Allgauer Maschinenbau, 311 F. Supp. 68 (D.S.C.1970).

Affirmed.

## Raymond HILLIARD, Appellant,

v.

## Raymond PROCUNIER et al., Appellees.

### No. 25705.

United States Court of Appeals, Ninth Circuit.

Aug. 16, 1971.

Raymond Hilliard, in pro. per.

Evelle J. Younger, Cal. Atty. Gen., John T. Murphy, Charles R. B. Kirk, Deputy Attys. Gen., San Francisco, Cal., for appellees.

Before KILKENNY and CHOY, Circuit Judges, and POWELL, District Judge.*

PER CURIAM:

Appellant, a state court prisoner, applied to the district court for a writ of habeas corpus. The court examined the transcript of the proceedings at the trial and adopted the findings as complete. We find no error in the court so determining. His conclusions as to the three contentions of defendant are supported by the record.

The order denying the writ and dismissing the petition is affirmed.

---

* The Honorable Charles L. Powell, United States District Judge for the Eastern District of Washington, sitting by designation.